IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STANLEY FERNANDO BLAIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:08cv698-MHT |
| | ) | (WO) |
| CORRECTIONAL MEDICAL SERVICES, INC., *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The magistrate judge filed a recommendation in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

Accordingly, it is ORDERED as follows:

(1) The recommendation of the magistrate judge (doc. #31) is adopted.

(2) The complaint filed pursuant to 42 U.S.C. § 1983 is dismissed without prejudice due to plaintiff's abandonment of his claims and failure to comply with the orders of this court or otherwise prosecute this action.

An appropriate judgment will be entered.

DONE, this the 16th day of December, 2008.

                                                  /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE